IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY DeSHAZIER,**                           ) | CV F 06-0591  AWI SMS |
| ) | |
| **Plaintiff**,                        ) | |
| ) | **ORDER VACATING** |
| v.                                              ) | **HEARING DATE OF JULY 24,** |
| ) | **2006, AND TAKING MATTER** |
| **HANFORD POLICE OFFICER DALE**            ) | **UNDER SUBMISSION.** |
| **WILLIAMS, BADGE No. 121;**                 ) | |
| **HANFORD POLICE OFFICER MITCH**  ) | |
| **SMITH, BADGE No. 39; POLICE**              ) | |
| **SERGEANT RUSSELL HILYAND; and** ) | |
| **CITY OF HANFORD, CALIFORNIA,**         ) | |
| ) | |
| **Defendants.**                      ) | |
| _____ ) | |

     In this civil rights action pursuant to 42 U.S.C., section 1983, defendants Officer Dale Williams, Officer Mitch Smith, Sergeant Russell Hilyand and the City of Hanford (collectively "Defendants") have noticed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Hearing on this motion was set for July 24, 2006.  The Court has reviewed the Defendants' motion, Plaintiff's opposition, and the

applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 24, 2006, is VACATED, and no party shall appear at that time.  As of July 24, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   July 19, 2006**                                 /s/ Anthony W. Ishii
0m8i78                                                        UNITED STATES DISTRICT JUDGE