UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DeSHAZIER,<br><br>   Plaintiff,<br><br>vs.<br><br>HANFORD POLICE OFFICER DALE WILLIAMS, BADGE NO. 121; HANFORD POLICE OFFICER MITCH SMITH, BADGE NO. 39; POLICE SERGEANT RUSSELL HILYARD; CITY OF HANDORD, CALIFORNIA,<br><br>   Defendants.<br>_____/ | 1:06-cv-00591-AWI-SMS<br><br>**ORDER DENYING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION FOR TERMINATING SANCTIONS; MOTION IN THE ALTERNATIVE TO COMPEL PLAINTIFF'S DEPOSITION AND TO CONTINUE ALL DATES PERTAINING TO DISCOVERY, SETTLEMENT AND TRIAL; AND MOTION FOR MONETARY SANCTIONS** (Doc. 30):<br><br>**Old**: 9/14/07, 9:30am, Ctrm. 7/**SMS**<br>**New**: 10/5/07, 9:30am, Ctrm. 7/**SMS**<br><br>**ORDER VACATING ALL DATES** (Doc. 27) |

  The undersigned is in receipt of and reviewed Defendants' *ex parte* application to shorten time for hearing on Defendants' motion for terminating sanctions; motion in the alternative to compel Plaintiff's deposition and to continue all dates pertaining to discovery, settlement and trial; and motion for monetary sanctions (Doc. 30). Too, this Court has read and considered the declaration of Nicholas C. Miller in support thereof (Doc. 31).

1

1  Defendants' *ex parte* application is hereby **DENIED** for the
2  following reasons:
3  A.  This Court is unavailable on September 7, 2007, in
4  attendance at the Ninth Circuit prisoner pro se conference in San
5  Diego.
6  B.  The motion as originally filed is presently set for
7  this Court's next available law and motion hearing date of
8  Friday, September 14, 2007.
9  C.  Plaintiff's counsel Kevin Little will be unavailable in
10 any event, and may well be unavailable on September 14, 2007 as
11 well, as this Court has been and remains involved in a case that
12 is presently set for a 3-4 week jury trial presided over by Judge
13 Wanger commencing on September 5, 2007.  This Court is very aware
14 of Judge Wanger's ruling that absent extreme good cause showing,
15 the case involving Mr. Little will not be continued.  Inasmuch as
16 this Court has been the case management magistrate judge in the
17 matter set for trial with Judge Wanger and knows the intricacies
18 well, it is not judicially efficient to require Mr. Little to be
19 in the undersigned's courtroom rather than in trial especially
20 since any deposition(s) ordered to take place cannot occur until
21 Mr. Little has concluded the trial.
22 It is established and known by the judicial officers of this
23 court that Mr. Little presently has no associates nor any legal
24 staff to assist in coordinating calendaring of any sort.
25 Therefore, to eliminate any further frustration on the part of
26 the moving parties herein, the hearing date for the motion
27 presently before the court is hereby CONTINUED to October 5, 2007
28 at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor of this court.

D. Further, it is hereby ORDERED that until Defendants' motion can be addressed in its entirety, all dates presently scheduled pursuant to the Scheduling Conference Order (Doc. 27) are **VACATED**:

| HEARING/DEADLINE | DATE | TIME | CTRM/JUDGE |
|---|---|---|---|
| Non-Expert Discovery Deadline | 09/07/07 | | |
| Expert Discovery Deadline | 10/05/07 | | |
| Non-Dispositive Motion Filing Deadline | 10/12/07 | | |
| Dispositive Motion Filing Deadline | 10/26/07 | | |
| Settlement Conference | 09/11/07 | 2:00 p.m. | 7 ~ **SMS** |
| Pre-Trial Conference | 12/14/07 | 8:30 a.m. | 2 ~ **AWI** |
| Jury Trial (5-7 days) | 02/19/08 | 9:00 a.m. | 2 ~ **AWI** |

Additionally, no further discovery shall be served nor any depositions set until further order of the court.

IT IS SO ORDERED.

**Dated:   August 31, 2007**          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE