**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY DeSHAZIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANFORD POLICE OFFICER DALE WILLIAMS, BADGE NO. 121; HANFORD POLICE OFFICER MITCH SMITH, BADGE NO. 39; POLICE SERGEANT RUSSELL HILYARD; CITY OF HANFORD, CALIFORNIA,<br><br>　　　　Defendants. | Case: 1:06-CV-00591 AWI SMS<br><br>ORDER VACATING SEPTEMBER 29, 2008 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendants' motion for summary judgment has been set for hearing in this case on September 29, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 29, 2008, is VACATED, and the parties shall not appear at that time. As of September 29, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　September 25, 2008**　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE